08 C 1245

JUDGE BUCKLO
MAGISTRATE JUDGE COLE

# EXHIBIT B

# STANDARD SUBCONTRACT AGREEMENT

**LABOR AND MATERIALS**

Prepared by the Standard Forms Committee
*Builders Division-Subcontractor Division*

### ASSOCIATED GENERAL CONTRACTORS OF MINNESOTA, INC.
1996 Edition



**IMPORTANT NOTICE**
Appropriate rider(s)
should be attached
to this Subcontract
where applicable.

Contact: Daniel Langguth
Phone: 630/810-1161
Fax: 630/810-0685

THIS SUBCONTRACT, Made this __21st__ day of __August__ , 20 02 by and between
Witcher Construction Co., 9855 West 78th Street, Suite 270, Eden Prairie, Minnesota 55344
Mailing: P.O. Box 581549, Minneapolis, Minnesota 55458-1549
Cybor Fire Protection Company, 5123 Thatcher Road, Downers Grove, IL 60515    hereinafter called the Contractor and
hereinafter called the Subcontractor.

WHEREAS, The Contractor has heretofore entered into a contract dated _____ with
Best Buy Co., Inc. _____ of __7075 Flying Cloud Drive, Eden Prairie, MN 55344__
(insert full address)
hereinafter called the Owner, to perform certain labor and furnish certain material, at __Best Buy Store #813, 317 Naperville Road,__
Bolingbrook, IL 60490
hereinafter called the Project, pursuant to plans, drawings and specifications prepared by __RSP Architects__ Architect
or Engineer which contract consisting of the contract, the plans, drawings and specifications, the general conditions, the special conditions, the
bond, if any, and any addenda or amendments Nos. __N/A__ , and the (check any that apply) invitation to bidders (✓), the
instruction to bidders ( ), the proposal ( ), are hereinafter collectively referred to as the General Contract; and

WHEREAS, The Contractor has made available to the Subcontractor all of the above documents, and the Subcontractor shall be responsible for
obtaining copies pertinent to its work; and

WHEREAS, The above have been carefully examined by the Subcontractor; NOW THEREFORE

**THE SUBCONTRACTOR AGREES AS FOLLOWS:**

1. To furnish all labor, material, skill and equipment necessary or required and to perform all the work necessary for: (Here describe work
covered by this Subcontract). The General Conditions, the Conditions of the Contract, and all other Conditions as contained in Division 0 and
Division 1 are part of this contract including the attached Exhibits "A", "B", "C", "D", "E", and "F".

| Section | |
|---|---|
| 07270 | Firestopping (As it pertains to this scope of work)– Labor and Material Complete |
| 15010 | General Provisions – Labor and Material Complete |
| 15050 | Basic Mechanical Materials and Methods – Labor and Material Complete |
| 15300 | Fire Protection – Labor and Material Complete |

WCC Job #2305

WCC Code #15300

2. To pay for all materials, skills, labor and equipment used in or in connection with the performance of this Subcontract, when and as bills or claims
therefore become due, and to save and protect the Project, the Owner, and the Contractor from all claims and mechanics' liens on account thereof, and
to furnish satisfactory evidence to the Contractor when and if requested, that it has complied with the above requirements. This provision
shall not be construed as a waiver of the right of the Subcontractor to file and enforce a lien claim against the Owner in the event of the Contractor's
failure to pay the Subcontractor.

3. To begin the work of this Subcontract as soon as the Project is ready for such work or, within __three (3)__ calendar days after being
notified in writing by the Contractor. To complete the work of this Subcontract as required by job progress or within the following time limits:

In accordance with the Job Progress Schedule which may be modified by Witcher Construction Co., and/or the Project Superintendent as conditions warrant.
The schedule is available for inspection at Witcher's job site trailer. Subcontractor's work to begin on or about August 15, 2002. Subcontractor's work to be
completed by ~~September 15, 2002~~. Overall completion and turnover to Owner is September 20, 2002. All required shop drawings and submittals will be
delivered to Witcher Construction Co. by no later than (submittals received 08/15/02).

4. To proceed with the work in any orderly and reasonable sequence directed by the Contractor. To abide by the Contractor's decision as to the
allotment of all storage and working space on the Project.

5. That no extension of time of performance of this Subcontract shall be recognized by the Contractor without the written consent of the
Contractor. If, however, Subcontractor is delayed in the performance or completion of the Subcontract work for reasons beyond its control, then
with timely notice the time of the performance or completion of said work shall be extended accordingly, provided the cause of the delay is of a type set
forth in the General Contract which justifies an extension of time for completion of the General Contract.

6. To save harmless the Contractor and all other subcontractors from any and all losses or damage occasioned by the failure of the Subcontractor to
carry out the provisions of this Subcontract, unless such failure results from causes beyond the control of the Subcontractor. Loss or damage shall include,
without limiting the generality of the foregoing, legal fees and disbursements paid or incurred by the Contractor as part of the loss or damage to enforce
the provisions of this paragraph unless such failure results from causes beyond the control of the Subcontractor.

**EXHIBIT**

B

7.1.  To obtain, maintain and pay for such insurance as may be required by the General Contract or by law, to include without limitation, workers' compensation, commercial general liability insurance, comprehensive automobile liability insurance, and if specified below, builder's risk insurance, protecting the Subcontractor against claims for bodily injury or death or for damage to property occurring upon, in or about the Project arising out of the Subcontractor's work, with limits in amounts at least equal to those specified below or, if none is specified below, those specified in the General Contract:

<u>**TYPE OF INSURANCE/LIMITS OF LIABILITY**</u>

a)  Commercial General Liability:  to include, without limitation, comprehensive form; premises-operations; underground, explosion & collapse hazard; products-completed operations; contractual; independent contractors; broad form property damage; and personal injury.

| | Each Occurrence | Aggregate |
|---|---|---|
| Bodily Injury & Property Damage combined | $ See Exhibit C | $ See Exhibit C |
| Personal Injury | xxxxxxxxxxxxxxxxxxx | $ See Exhibit C |

b)  Automobile Liability:  to include all owned autos (private passenger & other than private passenger), hired & nonowned auto.

| | Each Occurrence | Aggregate |
|---|---|---|
| Bodily Injury & Property Damage combined | $ See Exhibit C | xxxxxxxxxxxxxxxxx |

c)  Excess Liability:

| | Each Occurrence | Aggregate |
|---|---|---|
| Bodily Injury & Property Damage combined | $ See Exhibit C | $ See Exhibit C |

d)  Workers' Compensation:  to include coverage A-statutory (which may be satisfied by self-insurance program meeting the requirements of State Law).

| Coverage B | $ See Exhibit C | Each Accident |
|---|---|---|
| | $ See Exhibit C | Disease-Policy Limit |
| | $ See Exhibit C | Disease-Each Employee |

e)  Builder's Risk:  per the general and special conditions, to be provided by (check one):

____✓ Owner     ____ Contractor     ____ Subcontractor.     If Builder's Risk coverage is provided by the General Contractor, Subcontractor shall be named as an additional insured under said policy.

f)  Other _____

_____

Said insurance to be issued by a financially responsible company or companies and which has an A.M. Best Rating of A- or better, and contractor may waive this requirement in case a Subcontractor is self-insured.  Before beginning any work under this subcontract, subcontractor will provide insurance certificates showing compliance with these insurance requirements and indicating the coverages and limits cannot be materially changed or cancelled without at least thirty (30) days prior written notice to the Contractor.

7.2.  The Subcontractor agrees to assume entire responsibility and liability, to the fullest extent permitted by law, for all damages or injury to all persons, whether employees or otherwise, and to all property, arising out of it, resulting from or in any manner connected with, the execution of the work provided for in this Subcontract or occurring or resulting from the use by the Subcontractor, its agents or employees, of materials, equipment, instrumentalities or other property, whether the same be owned by the Contractor, the Subcontractor or third parties.  Further the Subcontractor, to the fullest extent permitted by law, agrees to indemnify and save harmless the Contractor, its agents and employees from all such claims xxxxxxxxx xxxxxxxxxxx xxx xxxxxxxx xxxxx xxxxxxxx xxxx xxxxxxx xx xxx xxxxxxxxx xxxx xxx xxx xxxxxxx xxx xxxxx xxxxxx xxx xxxxxxx xx xxxxxxxxx xxxxxxxxxxx xxxxxxxxxx xxxxxxxxxxxx.  The Subcontractor further agrees to obtain, maintain and pay for such Commercial General Liability insurance coverage and endorsements as will insure the provisions of this paragraph.

8.  To accept responsibility for all damage caused by the Subcontractor, to clean all surfaces soiled by the Subcontractor, and to protect the work performed by the Subcontractor, it being understood that the standards of protection shall not be less than those specified in the General Contract or required by law, and to be responsible for any defective or improper work or material caused by its failure so to do.  If any dispute arises between the Subcontractor and another subcontractor as to which is responsible for any item of damage, the dispute shall be submitted to the Contractor for decision and its determination as to responsibility.

9.  The Subcontractor and its subcontractors shall take all safety precautions with respect to its work, shall comply with all safety measures required by the General Contract and with all applicable laws, ordinances, rules, regulations and lawful orders of any public authority for the safety of persons or property.

10.  Not to assign or sub-let this Subcontract or any part thereof, and not to assign any money due or to become due hereunder, without first obtaining the written consent of the Contractor.

11.  To be bound to the Contractor by the terms of the General Contract, to conform to and to comply with the provisions of the General Contract, and to assume toward the Contractor all the obligations and responsibilities that the Contractor assumes in and by the General Contract toward the Owner, insofar as they are applicable to this Subcontract.  Where any provision of the General Contract between the Owner and the Contractor is inconsistent with any provision of this Subcontract, this Subcontract shall govern.

12.  To employ no person whose employment on or in connection with this Subcontract may be objectionable to the Contractor and to remove any such person when objected to by the Contractor; all upon reasonable grounds.

13.1. That the Contractor or its authorized representative shall have the right to order in writing changes to this Subcontract as made to the General Contract by the Architect and/or Owner; that fair adjustments shall be made in the Subcontract price for such change; and that no change shall be allowed or made by the Subcontractor, or paid for by the Contractor unless and until authorized by the Contractor or its authorized representative in writing before the change has begun.

13.2. To give written notice to the Contractor of all claims for extras, for extensions of time and for damage for delays or otherwise in accordance with the General Contract, allowing the Contractor to give timely notice to the Owner. Timely notice shall mean three (3) working days prior to the expiration of the relevant notice period in the General Contract.

14.  To obtain and furnish to the Contractor and maintain in effect during the life of this Subcontract, if requested so to do in the space provided below, a surety bond in form and with sureties acceptable to the Contractor, in an amount equal to the Subcontract price, conditioned upon and covering the faithful performance of and compliance with all the terms, provisions and conditions of this Subcontract, the premium therefore to be paid by ___N/A___ Bond requested (   ) (Check only if Bond is requested). Unless the General Contract requires it, nothing herein shall give the Contractor the right to designate that the Bond be executed by a specific surety or procured from a specific agent.

15.  To guarantee the Subcontractor to the same extent that the Contractor is obligated to guarantee its work under the General Contract, but in any event to guarantee its work against all defects in material or workmanship for a period of one (1) year from the date of acceptance of the Project, or a portion of the Subcontractors' work, by the Owner.

16.  That in case the Subcontractor shall fail when and if required by the Contractor, to correct, replace and/or re-execute faulty or defective work done and/or materials furnished under this Subcontract, or repeatedly and persistently to complete or proceed with this Subcontract within the schedule agreed to by the parties or the time herein provided for, or make payment when due to subcontractors or suppliers for labor or materials in accordance with the respective agreements between the Subcontractor and its subcontractors and suppliers or to comply with any substantial term of this Subcontract, then the Contractor may give the Subcontractor a written notice to cure the Subcontractor's default. If the Subcontractor fails within three (3) working days after receipt of the notice of default to commence and continue satisfactory correction of such default with diligence and promptness, then the Subcontractor shall be in default of this Subcontract and the Contractor upon an additional three (3) calendar days notice in writing to the Subcontractor shall have the right to terminate this Subcontract and finish the Subcontractor's work, replace and/or re-execute such faulty or defective work, or materials, either through its own employees or through a contractor or subcontractor of its choice, and to charge the cost thereof to the Subcontractor, together with any liquidated or actual damages caused by a delay in the performance of this Subcontract.

17.  That in case of default on the part of the Subcontractor under the terms of this Subcontract, the material, supplies, tools and construction equipment of the Subcontractor shall be left on the job for the use of the Contractor in completing the work covered by this Subcontract.

18.  To comply with all Federal and State laws, codes, and regulations and all municipal ordinances and regulations effective where the work under this Subcontract is to be performed, and to pay all costs and expenses connected with such compliance, to pay all fees and taxes, including sales and use taxes, and also pay all taxes imposed by any State or Federal law for any employment insurance, pensions, old age retirement funds or any similar purpose and to furnish all necessary reports and information to the appropriate federal, state and municipal agencies, with respect to all of the foregoing the same as though the Subcontractor was in fact the Contractor, and to hold the Contractor, each other subcontractor and the Owner harmless from any and all losses or damage occasioned by the failure of the Subcontractor to comply with the terms of this paragraph.

19.  To pay all royalties and license fees; to defend all suits or claims for infringement of any patent rights involved in the work of the Subcontractor under this Subcontract; and to save the Contractor and other subcontractors harmless from loss, cost or expense on account of such use or infringement by the Subcontractor.

20.  If any part of the Subcontractor's work depends for proper execution or results upon the work of the Contractor, any other subcontractor or any other separate contractor on the Project, the Subcontractor shall inspect and promptly report to the Contractor any apparent discrepancies or defects in such work that renders it unsuitable for such proper execution and results. Failure of the Subcontractor to so inspect and report shall constitute an acceptance of the work of the Contractor, other subcontractors or other separate contractors as fit and proper to receive its work.

21.  The clean up and removal of all debris left on jobsite due to the completion of this Subcontract is the responsibility of the Subcontractor, and will be completed within three (3) working days of written notification by the Contractor, after which the clean up will be done by the Contractor, with the cost of the cleanup charged to the Subcontractor.

**THE CONTRACTOR AGREES AS FOLLOWS:**

A.  To employ, and does hereby employ the Subcontractor to do the work described in paragraph 1 hereof, subject to the provisions of this Subcontract.

B.  To pay the Subcontractor for the full and prompt performance of this Subcontract, subject to the terms and conditions hereof, the sum of ---Fifty-Five Thousand Nine Hundred and no/100---

Dollars.
($   55,900.00   ).

C.1. To include in Contractor's monthly estimate to the Owner, the value of all work, labor and materials of the Subcontractor properly incorporated into the Project, in accordance with the provisions of this Subcontract for which estimates have been furnished by the Subcontractor and approved by the Contractor. Upon learning that the amount certified due for the Subcontractor is different from the amount requested by the Subcontractor, the Contractor shall immediately so advise the Subcontractor and furnish such information as the Contractor may have for the difference, and so long as the Subcontractor is not in default hereunder, to pay the Subcontractor, within seven (7) calendar days upon receipt thereof from the Owner, the amount received by the Contractor on account of the Subcontractor's work to the extent of the Subcontractor's interest therein, but to pay the Subcontractor within sixty (60) calendar days of submittal of certified monthly estimate to the Contractor, to the extent certified by the Architect for payment.

C.2. That if allowed by the General Contract, payment shall be made on account of inventory, materials, or equipment not incorporated in the Project but delivered and suitably stored at the site or at some other location agreed upon in writing; such payments to be made in accordance with the terms and conditions of the General Contract.

Pay requests

C.3. Estimates to be paid by ___seven (7) days after receipt from Owner___ for payment request received by ___25th of the month___ (date).

D.    Final payment of the balance due of the Subcontract Price shall be made to the Subcontractor within seven (7) calendar days after receipt by the Contractor of final payment from the Owner for such Subcontract work. If final payment from the Owner for such Subcontract work is not received by the Contractor, through no fault of the Subcontractor, the Contractor will make payment to the subcontractor within a reasonable time, but not to exceed sixty (60) calendar days after Architects' certification of final payment for Subcontractor's work.

E.    If alternative dispute resolution, including, without limitation, arbitration or mediation, is provided for in the General Contract, any dispute arising between the Contractor and the Subcontractor under this Subcontract, including the breach thereof, shall be settled by such alternative dispute resolution procedures in the manner provided for in the General Contract.

F.    If notification of any claims have been made against the Subcontractor or the Contractor arising out of labor or materials furnished the Project, or otherwise on account of any actions or failures to act by the Subcontractor in the performance of this Subcontract, the Contractor may, at its discretion, withhold from such amounts otherwise due or to become due hereunder a sum adequate to cover said claims and any costs or expenses arising or to arise in connection therewith, but not to exceed one hundred fifty (150) percent of the sum of the claims, costs of expenses, pending legal settlement thereof. This right of the Contractor shall not be exclusive of any other rights of the Contractor herein or by law provided.

G.    The failure of the Contractor to make payments as and when herein provided shall, in addition to all other rights, entitle the Subcontractor to suspend all work and shipments during the continuance of such default on the part of the Contractor, and shall further entitle the Subcontractor to an extension of time for the performance of the work covered by this Subcontract.

H.    Except in an emergency or to enforce safety requirements, not to issue or give any instructions, orders or directions to any employee or worker of the Subcontractor, other than the people the Subcontractor has designated as having supervisory responsibility for the Subcontractor work. However, neither this authority of the Contractor nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Contractor to the Subcontractor, its material and equipment suppliers, its agents or employees, or other persons performing portions of the Subcontractor's work.

I.    To give written notice to the Subcontractor of all known claims within a reasonable period, but not more than thirty (30) calendar days, after knowledge of the claim.

J.    This Subcontract, together with riders · Exhibit "A" _____, Exhibit "B" _____, Exhibit "C" _____,  Exhibit "D" _____, and  Exhibit "E" _____ (attached hereto or enclosed herewith) and made a part hereof. XXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

K.    A 10% retainage will be withheld until the completion of the General Contract and the acceptance of the Work by the Owner and/or Architect and/or Engineer and/or Contractor.

IN WITNESS WHEREOF, the Contractor and the Subcontractor have executed this Subcontract the day and year first written above.

| CYBOR FIRE PROTECTION COMPANY (SEAL) | WITCHER CONSTRUCTION CO. _____ (SEAL) |
|---|---|
| SUBCONTRACTOR | CONTRACTOR |
| | |
| By _____ | By _____ |
| | Stephen Brown |
| Title _____ | Title _____Project Manager_____ |
| | |
| Date _____ | Date _____ |
| | |
| Federal Tax # _____ | Federal Tax # _____41-1699744_____ |
| | |
| State Tax # _____ | State Tax # _____MN_1360146_____ |

**EXHIBIT A**
Best Buy #813
Bolingbrook, IL

## STANDARD RIDER FOR SUBCONTRACT

**In the event of any inconsistencies between the provisions of this Standard Rider and any other provision of the Subcontract or the General Contract, the provisions of this Rider shall prevail. The work required by the Subcontract shall be referred to as the "Work."**

**GENERAL CONTRACT**: The Subcontractor agrees that any contracts with its subcontractors and suppliers shall incorporate applicable terms of the General Contract and Subcontract and bind its subcontractors and suppliers to the Subcontractor in the same manner as Subcontractor is bound to Contractor. Subcontractor hereby acknowledges receipt of a copy of the General Contract and agrees to make a copy of the General Contract available to all its subcontractors and suppliers.

**SHOP DRAWINGS, SAMPLES, AND SUBMITTALS**: The Subcontractor shall submit to Contractor's home office one (1) sepia, three (3) prints of all shop drawings, and at least ten (10) copies of catalog cuts, equipment brochures or similar items. The specified number of all required samples shall be delivered to the job site and a copy of the transmittal letter shall be sent to Contractor's home office.

**SUBLETTING**: The Subcontractor shall submit to the Contractor the name of all subcontractors and suppliers it desires to employ to perform any part of the Work under the Subcontract at the earliest possible date and shall not contract with any subcontractor or supplier without Contractor's written consent.

**SCHEDULE OF VALUES AND SCHEDULING INFORMATION**:
1. Before the Subcontractor's first request for payment, a schedule of values must be submitted, broken down according to individual specification sections and itemizing the various portions of the Work in both material and labor categories. This schedule shall be supported by such data as is required by the Contractor to substantiate its accuracy. Contractor may reformulate any unbalanced schedule of values. The schedule of values shall be used only as a basis for approving the Subcontractor's invoices and does not necessarily reflect the value of portions of the Work.

2. Before starting its Work, the Subcontractor shall furnish, and thereafter update monthly, all schedule information in sufficient detail to allow Contractor to prepare and update a comprehensive project schedule. With regard to Paragraph 16 of the Subcontract, the Subcontractor agrees that the project schedule will be created, controlled and modified from time to time solely by the Contractor, and that the Contractor's project schedule will be the "schedule agreed to by the parties" referenced in Paragraph 16.

**CLEAN-UP, PUNCHLIST WORK AND BACKCHARGES**:
1. All debris and rubbish caused by the Subcontractor must be cleaned up and disposed of by the Subcontractor by the end of each and every week for the entire duration of the Project unless Contractor directs Subcontractor to clean up and dispose of its debris and rubbish on some other basis, in which case Subcontractor shall comply with the direction of Contractor.

1

2. The roofing Subcontractor shall be responsible for snow and ice removal from the roof beginning three (3) days after being notified that the deck is ready for the application of roofing and materials and at all times thereafter.

3. Any of the Subcontractor's Work listed in any "punchlist" or final job inspection issued by the Architect/Engineer, Owner, or Contractor shall be considered as faulty or defective work and shall be subject to the terms of Paragraph 16 of this Subcontract.

4. Subcontractor assumes all responsibility for the disposal of waste generated by Subcontractor at the Site. If Contractor permits Subcontractor to use dumpsters at the Site for the disposal of Subcontractor's waste, Subcontractor shall not place in the dumpster any waste which is deemed hazardous under any applicable federal, state or local environmental law, rule, regulation or administrative interpretation. Subcontractor agrees to indemnify, defend, and hold harmless Contractor for, from and against any claim, loss, damage, fine or expense, including reasonable attorney's fees, arising out of or relating to the failure of Subcontractor to perform in accordance with this paragraph.

5. The Subcontractor shall pay reasonable backcharges based on the actual cost-plus-fifteen percent (15%) for Contractor's supervision and overhead for any Work, equipment, safety measures, clean-up, cutting, patching, or repairs made necessary by the Subcontractor's breach of contract.

6. The Contractor may give the Subcontractor advance notice of the intended backcharge, but commensurate with the urgency, nature, and scope of the backcharge, such advance notice shall not be a prerequisite for making such backcharges against the Subcontractor.

**HOISTING**: If available, hoisting will be at the discretion of the Contractor's superintendent and at times which will not interfere with the Contractor's operations. The following rates apply:

| | | | |
|---|---|---|---|
| Tower Crane | $_____ | Per 1/4 Hour | Regular Time |
| Tower Crane | $_____ | Per 1/4 Hour | Overtime |
| Tower Crane | $_____ | Per Hour | Regular Time |
| Material Hoist | $_____ | Per Hour | Overtime |
| Elevator | $_____ | Per Hour | Regular Time |
| Elevator | $_____ | Per Hour | Overtime |
| Forklift | $ 65.00 | Per Hour (with a $35.00 minimum) | Regular Time |

2

**SAFETY:**

1.  The Subcontractor shall carry on its Work in a safe manner, comply with all safety measures or standards initiated or issued by Contractor or required by the Contract Documents, and comply with all applicable laws, codes, ordinances, rules, regulations and lawful orders of any public authority for the safety of person or property. The Subcontractor shall be solely responsible for the protection and safety of its employees, for the final selection of all safety methods and means, for preparing and maintaining required safety reports and records, for daily inspection of its work area and its employees' safety equipment, and for the continual instruction of its employees on health and safety, including weekly safety meetings.

2.  Subcontractor is responsible for paying any fines or penalties assessed against the Contractor from OSHA or any governmental agency as a result of actions of the Subcontractor or its agents or Suppliers.

**HAZARDOUS SUBSTANCES:**

1.  In the event that the Subcontractor encounters any hazardous substances on the Project, including but not limited to asbestos or PCBs, the Subcontractor shall notify the Contractor of the existence of such hazardous substance prior to harmful exposure of any employee or other person to such substance. Subcontractor shall also immediately stop work in the affected area until directed to proceed by the Contractor.

2.  Current OSHA regulations require Material Safety Data Sheets (MSDS) or other hazard communication information to be accessible at the project site. The Subcontractor is responsible for providing to Contractor's project superintendent all MSDS and hazard communication sheets for hazardous material that the Subcontractor or its vendors bring onto the project site. Contractor will maintain the MSDS sheets from all the Subcontractors in the project trailer or office.

**LABOR RELATIONS:**

1.  The Subcontractor shall use labor in the performance of this Subcontract that is acceptable to the Owner and the Contractor and of a standing or affiliation that will permit the work on the Project to be carried on harmoniously and without delay, and will in no case or under any circumstances cause any disturbance, interference or delay in the progress or completion of the Project. In the prosecution of the Work, the Subcontractor shall recognize and comply with all agreements of Contractor with local trade councils and/or separate unions concerning labor and working conditions applicable to this Work, insofar as these agreements do not conflict with or violate any local, state or federal laws or properly constituted orders or regulations pertaining to this Project.

2.  The Subcontractor acknowledges and agrees that it shall have no right to additional compensation or a time extension for or on account of labor disputes which may be encountered in the performance of the Work and expressly waives it right to make claims for such disputes.

3.  Subcontractor agrees that there shall be no interruption of Work (1) by Subcontractor as a result of any work stoppage by employees of the Subcontractor including, without limitation, a strike, sympathy strike, jurisdictional dispute or other work stoppage due to a labor dispute involving

either the Subcontractor or any other employer providing services or material to the Project; or (2) by employees of other employers at the Project due to a labor dispute involving Subcontractor. Should such an interruption of Work occur, Contractor may, at its option without prejudice to any other remedies it may have, after forty-eight (48) hours written notice to Subcontractor, provide any such labor and deduct the cost thereof from any monies then due or thereafter to become due to Subcontractor or terminate this Subcontract.

4. Contractor may elect to establish separate gates at the job site for various subcontractors. Subcontractor shall be responsible to ensure that its employees and material suppliers utilize only that gate designated for Subcontractor's use.

## ADEQUATE WORK FORCE:

1. Subcontractor shall at all times furnish sufficient numbers of skilled workers to assure proper performance of the Work and strict compliance with all performance schedules. Subcontractor shall, if requested by the Contractor, furnish adequate evidence to substantiate its ability to meet the performance schedules and planned progress of the Work. Moreover, the Subcontractor promises and agrees to work overtime and accelerate its performance, without cost to Contractor, to deal with such disputes in order to complete the Project on schedule in accordance with the required completion date.

2. Subcontractor shall conform to the Contractor's hours of work. No premium time will be acknowledged or paid unless pursuant to a prior written authorization by the Contractor.

3. Upon request by the Contractor, Subcontractor shall promptly increase its work force, accelerate its performance, work overtime, and work Saturdays, Sundays and holidays all without additional compensation, if, as determined by the Contractor, such work is necessary because Subcontractor is responsible for delaying its portion of the Project schedule.

## COORDINATION: 
Subcontractor shall fully cooperate and coordinate its work with that of the Contractor and any other contractor, subcontractor or material supplier for the Project. Subcontractor shall commence, continue and complete its Work so as to not delay completion of the Project or any portions thereof, including portions to be performed by others.

## DEFAULT:

1. In addition to the reasons stated in Paragraph 16 of the Subcontract, Contractor may at its option, without prejudice to any other remedies it may have, terminate this Subcontract for default if Subcontractor: (a) fails to proceed with the work in the sequence directed by Contractor, (b) fails to prosecute the work diligently (including but not limited to failure to provide sufficient numbers of skilled workers or proper materials or failure to adhere to the applicable performance schedules), (c) causes delay or disruption of the work of other subcontractors or suppliers on the Project, (d) fails to perform any of its obligations under this Subcontract, (e) fails to perform the Work in accordance with the General Contract, (f) fails to make prompt payment to its subcontractors or suppliers for labor or materials, (g) disregards laws, ordinances, rules, regulations or orders of any public authority having jurisdiction, (h) is adjudged a bankrupt or makes a general assignment for the benefit of creditors, or a receiver is appointed on account of his insolvency, or (i) repeatedly performs the Work in a manner which is rejected by the Architect or governmental inspectors having jurisdiction over the project. In case of such

termination, if the unpaid balance due the Subcontractor exceeds the costs due to the default, including without limitation the costs of finishing the Work, Contractor's 15% markup for managing completion of Subcontractor's Work and any costs due to the Owner resulting from the default, then such excess shall be paid to the Subcontractor. If such costs exceed the unpaid balance, the Subcontractor shall pay the difference to the Contractor. In the event that the General Contract is terminated, this Subcontract shall also terminate and the Subcontractor shall be compensated on the same basis that Contractor is compensated under the General Contract.

2. The Subcontractor accepts a position of trust toward Contractor and acknowledges that the Contractor will rely upon the Subcontractor for the proper performance of the Work and this Subcontract. Subcontractor shall be responsible for all costs or damages, including without limitation attorneys' fees, that Contractor incurs due to Subcontractor's default, which costs or damages may deducted from amounts due or to become due to the Subcontractor under this Subcontract on any other contract that Subcontractor may have with Contractor.

**RESOLUTION OF AMBIGUITIES**: Subcontractor hereby acknowledges that it has carefully reviewed and examined the General Contract and that any and all ambiguities and discrepancies about which Subcontractor knew or should have known have previously been clarified and/or corrected. In case Subcontractor discovers any latent ambiguity or discrepancy in this Subcontract or the General Contract during the course of the Work, Subcontractor shall promptly notify Contractor of the same in writing. Subcontractor shall, at its sole expense, make any change in its Work or the subsequent work of others necessitated by Subcontractor's failure to timely disclose in writing any ambiguity or discrepancy which Subcontractor discovered or should have discovered.

**NOTICE PRIOR TO SUSPENSION OF WORK**: Subcontractor shall give Contractor at least seven (7) days prior written notice before suspending work for any reason.

**LICENSES**: Subcontractor warrants that Subcontractor has all necessary licenses, permits and approvals to complete the work and that all of sub-subcontractors will have all necessary licenses, permits and approvals to complete their work.

**PAYMENTS**:
1. The Subcontractor shall as part of his obligation under this Subcontract fully and promptly pay all his laborers, suppliers and sub-subcontractors. The Subcontractor shall hold all monies received for the performance of this Subcontract in trust and shall use such money first for labor and material entering into the Work and shall not divert such money to satisfy obligations of the Subcontractor on other contracts or for other purposes. Any payments not so made by the Subcontractor when earned or due may be made by the Contractor and the amounts thereof deducted from any monies then or otherwise due the Subcontractor under this Subcontract or other contracts Subcontractor may have with Contractor. Subcontractor shall defend, indemnify and hold the Owner, the Contractor and the Contractor's surety harmless from and against any costs (including attorneys' fees), claims or damages suffered on account of Subcontractor's failure to comply with the provisions of this paragraph.

2. Irrespective of any term or inference to the contrary in the Subcontract, Contractor and Subcontractor expressly agree that the Owner's payment to Contractor on the Subcontractor's account is an absolute condition precedent to Contractor's obligation to pay Subcontractor any

progress or final payment pursuant to the Subcontract, except to the extent Subcontractor establishes that the Owner's failure to make payment to Contractor was caused by the fault of the Contractor.

    a.  Delete the following from the end of Paragraph C.1 of the Subcontract: ", but to pay Subcontractor within sixty (60) calendar days of submittal of certified monthly estimate to the Contractor, to the extent certified by the Architect for payment." Delete the second sentence of Paragraph D of the Subcontract. Add the following clause to the end of Paragraph B of the Subcontract, to the end of Paragraph C.1, C.2 and C.3 of the Subcontract, and to the end of the first sentence of Paragraph D of the Subcontract "subject to the terms of Paragraph 2 of the "Payments" paragraph of Exhibit A of this Subcontract."

    b.  Subcontractor expressly agrees that it retains the risk of the Owner's insolvency or inability to pay for Subcontractor's Work and such risk is not transferred to Contractor under the Subcontract.

3.  The Subcontractor shall submit with its first invoice its sales tax identification number. Invoices will not be honored until the sales tax identification number has been received. If the Contractor is entitled to apply for progress payment from Owner, Subcontractor shall be entitled to apply for progress payments for the work performed during the payment period established in the General Contract but not more frequently than monthly. Progress payments shall be made by Contractor seven (7) days after a corresponding payment has been received by Contractor from Owner. As a condition precedent to payment, Subcontractor shall submit its monthly progress estimate and invoice in triplicate in a form satisfactory to Contractor and that conforms to the requirements of the General Contract, at least five (5) business days before Contractor is required to submit its progress estimate to Owner or on or before the 25th day of each month, whichever is earlier, unless otherwise noted. As a further condition precedent to payment, Subcontractor shall submit with its progress estimate properly executed waivers of lien from Subcontractor and its Subcontractors and suppliers in sufficient form for the Owner and Owner's lender and title insurer, if any, to determine Subcontractor's right to payment in compliance with applicable mechanic's lien laws. Such waivers at Contractor's written request shall be on a current basis. If estimates for payment and invoices are not in the Contractor's office by the specified time, payment will be deferred until the following month's estimate.

4.  Progress payments to Subcontractor for any payment period shall not exceed 90% of the value of Subcontractor's labor and materials which have been placed in position or suitably stored on the Project site and approved and paid by Owner for work completed to date. If notification of any claims have been made against the Subcontractor, Owner or Contractor arising out of labor or materials furnished to the Project by the Subcontractor or otherwise on account of any actions or failures to act by the Subcontractor in the performance of this Subcontract, the Contractor may at its discretion, withhold from such amounts otherwise due or to become due hereunder the amount adequate to cover said claims or any costs or expenses arising or to arise in connection therewith pending legal settlement thereof. The Contractor may also withhold payment from the Subcontractor if (a) Subcontractor has failed to pay amounts to be paid by Subcontractor pursuant to this Subcontract; (b) Subcontractor is indebted to Contractor; (c) Subcontractor has not remedied any default by Subcontractor of this Subcontract; (d) Contractor has a reasonable basis to doubt the work can be completed for the Subcontract Price or within the scheduled time; (e) Contractor, Owner, or another subcontractor or supplier have been injured or damaged by

6

Subcontractor's performance of the Work; or (f) any liens are filed by any Subcontractor or material supplier to Subcontractor in which case Contractor may withhold 150% of the amount of such lien. This right of the Contractor shall be in addition to any of other rights of the Contractor herein or by law provided.

## INSURANCE:

1. The Subcontractor shall purchase and maintain all required insurance until the completion of the Subcontract (which includes the one year warranty period after substantial completion of the Work) and shall be solely responsible for ensuring that its subcontractors purchase and maintain all required insurance until the completion of the Subcontract. The Subcontractor shall add Contractor as an additional named Insured on Subcontractor's liability policy and shall cause its subcontractors to add Contractor as an additional named insured on their liability policies. See Exhibit C attached hereto and incorporated herein for additional requirements of Subcontractor and its subcontractors regarding additional named insureds and waivers of subrogations for the Work. The Subcontractor shall return to the Contractor, with the executed contract, three (3) copies of all required insurance certificates. No payments will be made to the Subcontractor until the required insurance certificates have been furnished to the Contractor.

2. Subcontractor shall before commencing the work obtain, maintain and pay for such Workers' Compensation insurance as may be required by the General Contract or by law; comprehensive general liability insurance, comprehensive automobile liability insurance, protecting the Subcontractor against claims for bodily injury or death or damage to property occurring upon in or about the Project with limits in amounts of at least equal to those specified on Exhibit C attached hereto and incorporated herein.

3. All insurance required to be furnished by Subcontractor shall be maintained with insurance companies approved by Contractor and licensed in the State that the Work is located. All insurance companies shall be rated A-VII or better by Best's Key Rating Guide. Except as specifically provided in the General Contract all insurance shall be written on an occurrence basis. Certificates of insurance for all coverage to be maintained by Subcontractor shall be delivered to Contractor at least five (5) days prior to scheduled commencement of the Work. Upon request by the Contractor, Subcontractor shall submit copies of the insurance policies to the Contractor. Failure of Subcontractor to furnish evidence of insurance or failure of Contractor to require proof of insurance or to object to any submission by the Subcontractor respecting insurance shall not constitute a waiver of the requirement that Subcontractor maintain the required insurance. The following requirements shall be endorsed onto the policies reflecting the insurance required by this Subcontract: (a) 30 days prior written notice shall be given to Contractor in event of cancellation, material change or nonrenewal of the insurance required by this Subcontract; (b) the insurance afforded to the additional insureds on Subcontractor's CGL policy shall be primary insurance over any other valid or collectible insurance that the additional insureds may have with respect to loss under the policy and other insurance of additional insureds applicable to the loss shall be excess over the Subcontractor's policies and the amount of the Subcontractor's insurance companies' liability shall not be reduced by the existence of any other insurance; (c) the maximum deductible amount on any policy shall be $5,000. Subcontractor is responsible for the deductible portion of all losses Subcontractor may incur under the terms of the Contractor's or Owner's builder's risk insurance.

7

**WAIVER:** Contractor, Subcontractor, Subcontractor's subcontractors and suppliers, and all their property insurers waive all rights against each other and against the officers, employees, representatives, agents, and surety companies of each, as well as against the Owner, the Architect/Engineer, other contractors, subcontractors, and suppliers, and all of their officers, employees, representatives, agents, and surety companies for any loss or damage to the extent covered and paid by Builder's Risk or any other property or equipment insurance applicable to the Project, except such rights as they may have to the proceeds of such insurance.

## CLAIMS AND DISPUTES:

1. The Subcontractor shall make any claims for changes in work, extensions of time or for damages for delays, or otherwise, to the Contractor in the same manner as prescribed in the General Contract for like claims which the Contractor may have against the Owner, and in such time as stated in the Subcontract to enable the Contractor to present such claims to the Owner for payment or recognition. The Contractor shall not be liable to the Subcontractor on any claim not timely or properly presented, or until allowed and paid by the Owner.

2. The Subcontractor shall only be entitled to an extension of time for performing and completing the Work upon the same terms and conditions an extension of time is allowed to the Contractor by the Owner under the General Contract.

3. To the extent permitted by law, the Contractor shall not be liable to the Subcontractor for delays to the Subcontractor's work, whether such delay be caused by fire or other casualty, pre-existing conditions, strikes, other combined action of the workers or others, any acts of God, the Subcontractor or those under its control, or any other causes beyond the Contractor's control to the extent provided, however, notwithstanding anything else contained herein, the Contractor will be liable to the Subcontractor for damages the Subcontractor incurs as a result of any acts, or failures to act, by the Owner which delays, changes, or suspends the Subcontractor's Work, but only to the extent the Owner is liable for such damages and actually pays the Contractor for such damages; it being expressly understood that the only obligation the Contractor has to the Subcontractor under this provision is to pass on to the Owner any claim the Subcontractor has for damages for delays, changes or suspensions of work caused by the Owner and to pay to the Subcontractor any proportionate amounts which the Owner pays to the Contractor as a result of such claim.

4. If requested by the Subcontractor, the Contractor will bring a claim against the Owner on the Subcontractor's behalf; the Subcontractor shall, however, be responsible for actually prosecuting the claim and for paying all the costs of prosecution, including attorney's fees, costs and other expenses incurred by Contractor and the Contractor will not settle the Subcontractor's claim against the Owner unless the Subcontractor consents to the settlement.

5. In case of any dispute between the Subcontractor and the Contractor, the Subcontractor shall be bound to the Contractor to the same extent that the Contractor is bound to the Owner by the terms of the General Contract and by any and all decisions or determinations made thereunder by the party or board so authorized in the General Contract. If such a dispute is prosecuted or defended by the Contractor against the Owner, the Subcontractor shall furnish all documents, statements, witnesses and other information, required by the Contractor for such purpose and pay or reimburse the Contractor for all expenses and costs, if any, incurred in connection therewith.

6. No dispute whatsoever shall interfere with the progress of the Work, and the Subcontractor shall proceed with the Work as directed by Contractor, despite disputes he may have against the Contractor, the Owner, or other parties.

**BONDS**: If, pursuant to paragraph 14 of the Subcontract, Subcontractor is required to furnish a surety bond, then separate payment and performance bonds shall be provided naming the Contractor as the obligee and having separate penal sums equal to the Subcontract Price.

**INDEMNIFICATION**: For the purposes of this Paragraph, "Claims" mean, without limitation, all claims, damages, losses and expenses, attorneys' fees, investigative and discovery costs, claims for unpaid withholding taxes, union benefit claims, Labor Department claims, Davis-Bacon claims and state and federal subcontractor employee worker's compensation claims, arising out of or relating to Subcontractor's performance of the Work under this Subcontract. To the fullest extent permitted by law, the Subcontractor shall defend, indemnify, and hold harmless the Contractor, the Owner, the Architect/Engineer, the agents and employees of each of them, and any other person or entity designated as an indemnified party in the Contract Documents (collectively the "Indemnified Parties") from and against:

1. all Claims to the same extent as Contractor must defend, indemnify and hold harmless the Owner and other Indemnified Parties pursuant to the Contract Documents;

2. all Claims arising out of or resulting from performance of the Work, provided that such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself) including loss of use resulting therefrom, but only to the extent caused in whole or in part by negligent acts or omissions of the Subcontractor, or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, ~~regardless of whether or not such claim damage loss or expense is caused in part by a party indemnified hereunder and~~

3. all Claims arising out of or resulting from Subcontractor's Work, regardless of whether the Claims are caused by the acts, error, omissions, negligence of the Subcontractor or its subsubcontractors or suppliers of any tier or anyone directly or indirectly employed by them or anyone for whose acts they may be liable ~~regardless of whether the Claims are caused in whole or in part by one of the Indemnified Parties~~

The foregoing indemnity obligation will not modify or affect any other right or obligation of indemnity which would otherwise exist as to any party or person described in this Paragraph. The obligations of the Subcontractor under this Paragraph shall apply to those Claims for which Subcontractor is or is claimed to be liable, shall survive the expiration or termination of the Contract and shall extend to Claims asserted or arising during and after completion of the Work. The Subcontractor further shall, as an independent obligation, procure and maintain such general liability insurance coverage as will insure the provisions of this Paragraph. In claims against any person or entity indemnified under this Paragraph by an employee of the Subcontractor, a subcontractor or supplier of any tier, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this Paragraph shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

**WARRANTY:** The subcontractor warrants that all materials and equipment furnished under this Contract will be of good quality and will be new unless otherwise specified, and that all Work will be of good quality, free from faults and defects and in conformance with the Contract Documents. All Work not conforming to these requirements, including substitutions not properly approved and authorized, shall be considered defective and replaced by Subcontractor. If required by the Contractor, the Subcontractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment incorporated in the Work. This warranty is not limited by any other provision of the Contract Documents.

**ASSIGNMENT:** Subcontractor hereby acknowledges that Contractor may have contingently assigned this Subcontract to the Owner pursuant to the terms of the General Contract and Subcontractor hereby consents to such assignment and recognizes the rights of the Owner to exercise such assignment upon termination of the General Contract by Owner.

**DAMAGE:**

1.  Should the Subcontractor cause damage to the Work or property of the Contractor, or to other work on the Project, the Subcontractor shall promptly remedy such damage.

2.  Should the Subcontractor cause damage to the Work or property of any separate contractor, the Subcontractor shall promptly attempt to settle or resolve the dispute with such separate contractor. If such separate contractor sues or initiates an arbitration proceeding against the Contractor on account of any damage alleged to have been caused by the Subcontractor, the Contractor shall notify the Subcontractor who shall defend such proceedings at the Subcontractor's expense, and if any judgment or award against the Contractor arises therefrom, the Subcontractor shall pay or satisfy it and shall reimburse the Contractor for all attorney's fees and court or arbitration costs which the Contractor has incurred.

**CHANGES IN WORK:** With regard to Paragraph 13.1 of the Subcontract, the Contractor also reserves the right to add work to or deduct work from this Subcontract, in writing solely at the discretion of the Contractor.

Revised: April 12, 2002

## ADDENDUM TO STANDARD RIDER FOR SUBCONTRACT - Exhibit A

Best Buy Store #813
Bolingbrook, IL

This is an Addendum to the Rider to Subcontract between Witcher Construction Co. and Cybor Fire Protection Company dated August 21, 2002. This Addendum amends and supersedes the Rider to the extent indicated below. Except to the extent expressly amended below, the Rider and Subcontract shall remain in full force and effect.

### I

Subcontractor acknowledges that Contractor has not yet executed the General Contract with the Owner. Contractor expects to execute the General Contract in the form provided to Subcontractor. All references to the General Contract refer to that form, together with any modifications to the General Contract of which Subcontractor receives written notice. Contractor agrees to inform Subcontractor of any changes in the General Contract which would affect the obligations and responsibilities of Subcontractor. The Subcontractor agrees to abide by any and all changes and execute all modifications to the Subcontract that are required due to Witcher Construction Co.'s General Contract negotiations with the Owner

### II

TERMINATION IF GENERAL CONTRACT NOT EXECUTED:

Contractor may at its option terminate this Subcontract if Owner does not execute the General Contract on or before October 8, 2002. Contractor shall give Subcontractor forty-eight (48) hours prior written notice of any termination of this Subcontract. In the event that this Subcontract is terminated under this Paragraph, Contractor shall pay Subcontractor for the Work provided prior to receipt of the termination notice and Subcontractor shall have no further rights under this Subcontract.

**EXHIBIT B**
Best Buy Store #813
Bolingbrook, IL

## WITCHER CONSTRUCTION CO. SUBCONTRACTOR AGREEMENT

### RIDER FOR JOINT CHECKS, LIEN WAIVERS, CERTIFICATE OF INSURANCE AND APPLICATION FOR PAYMENT

1.     Witcher Construction Co. may, in addition to its right to require lien waivers in connection with progress payments, make progress payments through joint checks issued to Subcontractor and any person or entity providing materials, supplies, equipment or services to Subcontractor in connection with the Project as follows:

   A.  Joint Checks.  Witcher Construction may, in its sole discretion, make any progress payment to Subcontractor with a check made payable jointly to Subcontractor and one or more Suppliers.

   B.  Effect of Endorsing Joint Check.  To the extent permitted by the law of the state in which this project is located, Subcontractor and each Supplier that endorses any joint check shall, by endorsing, jointly and severally waive all claims to which they might be entitled under the statutory or common law of this state for all materials, supplies, equipment and services supplied by the Subcontractor under the Subcontract or supplied to the Subcontractor in connection with the performance of the Subcontract, through the period covered by the Progress Payment.

   C.  Identification of Suppliers.  Before work begins under the Subcontract, Subcontractor shall provide Witcher Construction Co. with a list of all its Suppliers.  Subcontractor shall submit with each Application for Payment an updated list of its Suppliers.

   D.  Applications for Payments.  In addition to the requirements of the Subcontract, Subcontractor shall state in each Application for Payment the amount due to each Supplier for the period covered by the Application for Payment and Subcontractor shall attach invoices from each Supplier included in the Application for Payment.

   E.  Agreement of Waiver and Certification of Liens.  As a condition to each progress payment, Subcontractor shall submit to Witcher Construction Co.:

   1)     An Agreement of Waiver, in the form attached hereto, from each Supplier covered in the Application for Payment and...

   2)     A Certification of Release of Liens, in the form attached hereto, certifying that Agreements of Waiver have been provided for all Suppliers who provided materials, supplies, equipment or services to Subcontractor during the period covered, other than those expressly excepted.

2.     Your invoice should be submitted on the AIA Document G702-Application and Certificate for Payment and AIA Document G703-Continuation Sheet.  We have included a blank form for your use.

3.     A Certificate of Insurance form has been included for your information.  Please have your insurance company use this form when issuing your insurance.  See Exhibit "C" for coverage and limit amounts.

## AUTHORIZATION TO ISSUE JOINT-PAYEE CHECKS

Reference that Agreement between Witcher Construction Co. ("Witcher") and
_____ ("Subcontractor") dated _____ for Work to be
performed at the Project known as _____ ("the Contract").
Subcontractor hereby requests and authorizes Witcher to issue payments due under the Contract
by joint-payee check made payable to both Subcontractor and its supplier, _____
("Payee") for equipment and/or materials furnished in performance of the contract.
Subcontractor hereby certifies and agrees that such payments: 1) will not exceed _____
dollars in the aggregate, 2) are for equipment and/or material to be used in the performance of the
Work of the Contract, 3) will be made in strict accordance with the terms of said Contract,
particularly, but not limited to, timing of payments, retainage and lien releases and 4) will be
endorsed in Witcher's office by Subcontractor and thereafter mailed directly to Payee.
Subcontractor further agrees to furnish Witcher with copies of invoices from the supplier-payee
prior to payment.


AUTHORIZED AND AGREED:                    ACKNOWLEDGED AND AGREED:


Subcontractor                            Witcher Construction Co.

By_____          By _____

Title _____

Date _____


                                         ACKNOWLEDGED AND AGREED:
                                         Payee - Supplier

                                         By _____

                                         Date _____

# RECEIPT AND PARTIAL WAIVER
## OF MECHANICS LIEN RIGHTS

THE UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT OF PAYMENT OF_____

_____DOLLARS (_____)
                                                FROM

WITCHER CONSTRUCTION CO. IN PAYMENT FOR:_____

_____

BY THE UNDERSIGNED DELIVERED OR FURNISHED TO (OR PERFORMED AT)

_____

_____

AND FOR VALUE RECEIVED HEREBY WAIVES THOSE RIGHTS WHICH MAY HAVE BEEN
ACQUIRED BY THE UNDERSIGNED TO FILE MECHANICS LIENS AGAINST SAID
PREMISES ON ACCOUNT OF THE ABOVE-DESCRIBED LABOR AND/OR MATERIALS
DELIVERED AND FURNISHED BY THE UNDERSIGNED, TO THE EXTENT ONLY OF THE
AMOUNT OF THE AFORESAID PAYMENT; AND THE UNDERSIGNED HEREBY
EXPRESSLY RESERVES THE RIGHT TO ASSERT, WITHOUT PREJUDICE TO ITS
HERETOFORE EXISTING PRIORITY MECHANICS LIEN RIGHTS AGAINST SAID
PREMISES FOR LABOR AND/OR MATERIALS DELIVERED AND/OR FURNISHED TO SAID
PREMISES FOR WHICH IS NOT INCLUDED IN THE AFORESAID PAYMENT.

DATED THIS _____DAY OF_____20_____

BY:_____

_____

ADDRESS:_____

_____

# FINAL RECEIPT AND WAIVER OF MECHANICS LIEN RIGHTS

N.B. it is important that the following directions be closely followed as otherwise the receipt WILL NOT BE ACCEPTED.

1.  This is a LEGAL INSTRUMENT and must be executed accordingly by officers of corporations and by partners of co-partnerships.
2.  It is important that ALL the blanks be completed and that the AMOUNT PAID BE SHOWN.
3.  If payment is not in full to date, so state.  SHOW UNPAID BALANCE, and strike out last three lines.
4.  A receipt similar to this or legal waiver of lien rights will be required for all plumbing, heating, and plastering material, etc.
5.  NO ERASURES OR ALTERATIONS MUST BE MADE.

_____20_____
(Date)

The undersigned acknowledges having received payment of _____

_____ DOLLARS ($_____)
(Amount Paid)

from Witcher Construction Co. – 9855 W.78th Street, Eden Prairie, MN  55344   in full payment
(Name of Payor)

of all_____
(Kind of Material or Labor)

by the undersigned delivered or furnished to (or performed at)_____

_____

_____

_____
(Street Address of Legal Description)

and for value received hereby waives all rights which may have been acquired by the undersigned to file mechanics' lien against said premises for labor, skill, or material furnished to said premises prior to the date hereof.

BY_____

_____
(Title)

Address_____

_____

_____

## ILLINOIS
## SUBCONTRACTOR'S CERTIFICATION OF RELEASE OF LIENS

The Undersigned, _____ (Subcontractor), hereby certifies to Witcher Construction Co. that, except as listed below, the Agreements of Waiver of Liens attached hereto include all subcontractors, sub-subcontractors, all suppliers of material and equipment and all performers of labor or services who have or may have liens against any property of the Owner arising in any manner out of labor, material or equipment provided in connection with the construction of the _____ in _____, Illinois, by Witcher Construction Co. as general contractor, as of _____, 20___.

Exceptions: (List all suppliers and sub-subcontractors that have provided labor, services, materials or equipment during the period covered by this pay request for which subcontractor has not requested payment).

_____

Subcontractor

By: _____

<u>ILLINOIS</u>
<u>SUB-SUBCONTRACTOR'S AGREEMENT OF WAIVER</u>

We hereby certify to Witcher Construction Co. that _____
(Subcontractor) has paid us $ _____ as payment in full for all equipment,
materials and labor we have furnished as of _____, 19___, in connection with
the construction of the _____ in _____, Illinois, by
Witcher Construction Co. as general contractor. In consideration for that payment, we
hereby waive and release any lien to which we may be entitled as of   _____,
19___, under _____ or by virtue of the common law of
the State of Illinois, by reason of having supplied any such equipment, materials or labor,
before that date. The equipment, material and labor covered by the Agreement of Waiver
is identified in the attached invoice.


_____
Supplier

By: _____


WITCHER CONSTRUCTION CO.

By: _____

| | |
|---|---|
| OWNER | |
| ARCHITECT | |
| CONTRACTOR | |

FROM CONTRACTOR:

VIA ARCHITECT:

PERIOD TO:

PROJECT NOS:

CONTRACT FOR:

# CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM
2. Net change by Change Orders
3. CONTRACT SUM TO DATE (Line 1 ± 2)
4. TOTAL COMPLETED & STORED TO
   DATE      (Column G on G703)
5. RETAINAGE:
   a.        % of Completed Work
      (Column D + E on G703)   $
   b.        % of Stored Material
      (Column F on G703)   $
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)

$
$
$
$

6. TOTAL EARNED LESS RETAINAGE      $          0.00
   (Line 4 Less Line 5 Total)   $          0.00
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate)   $
8. CURRENT PAYMENT DUE      $    [        0.00 ]
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)   $          0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
Users may obtain validation of this document by requesting a completed AIA Document D401 · Certification of Document's Authenticity from the Licensee.

CONTRACT DATE:

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By:                                    Date:

State of:                  County of:
Subscribed and sworn to before me this          day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:

By:                                    Date:

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

# CONTINUATION SHEET

**AIA Document G703**

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached,

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

PAGE OF PAGES.

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity.

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5232

G703-1992

**ACORD.** CERTIFICATE O. INSURANCE

ISSUE DATE (MM/DD/YY)

DUCER

| THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

## COMPANIES AFFORDING COVERAGE

| COMPANY LETTER | A |
| COMPANY LETTER | B |
| COMPANY LETTER | C |
| COMPANY LETTER | D |
| COMPANY LETTER | E |

RAGES

IS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD DICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS RTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, CLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|
| **NERAL LIABILITY** | | | | GENERAL AGGREGATE | $ |
| COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS-COMP/OP AGG. | $ |
| ☐ CLAIMS MADE ☐ OCCUR. | | | | PERSONAL & ADV. INJURY | $ |
| OWNER'S & CONTRACTOR'S PROT. | | | | EACH OCCURRENCE | $ |
| | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | MED. EXPENSE (Any one person) | $ |
| **MOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT | $ |
| ANY AUTO | | | | | |
| ALL OWNED AUTOS | | | | | |
| SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| HIRED AUTOS | | | | | |
| NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| GARAGE LIABILITY | | | | | |
| | | | | PROPERTY DAMAGE | $ |
| **SS LIABILITY** | | | | EACH OCCURRENCE | $ |
| UMBRELLA FORM | | | | | |
| OTHER THAN UMBRELLA FORM | | | | AGGREGATE | $ |
| **WORKER'S COMPENSATION** | | | | STATUTORY LIMITS | |
| AND | | | | EACH ACCIDENT | $ |
| EMPLOYERS' LIABILITY | | | | DISEASE—POLICY LIMIT | $ |
| | | | | DISEASE—EACH EMPLOYEE | $ |

OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

| CATE HOLDER | CANCELLATION |
|---|---|
| Witcher Construction Co. P.O. Box 581549 Minneapolis, MN 55458-1549 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |

5-S (7/90)

©ACORD CORPORATION 1990

EXHIBIT "C"

# INSURANCE RIDER

ACC Standard Subcontract Agreement
Labor and Materials
*Builders Division—Subcontractors Division*
**ASSOCIATED GENERAL CONTRACTORS OF MINNESOTA**



Subcontract Dated __August 21__ 20 _02_

Project __Best Buy Store #813__

Location __317 N. Napperville Road__

__Bolingbrook, IL 60490__

Subcontractor shall obtain insurance listed below.

| TYPE OF INSURANCE | LIABILITY LIMITS IN THOUSANDS | | |
|---|---|---|---|
| | | Each Occurrence | Aggregate |
| **GENERAL LIABILITY** | **Bodily Injury** | $ | $ |
| [X] Comprehensive Form | | | |
| [X] Premises/Operations | | | |
| [X] Underground Explosion & Collapse Hazard | **Property Damage** | $ | $ |
| [X] Products/Completed Operations | | $ | |
| [X] Contractual | | | |
| [X] Independent Contractors | **BI & PD Combined** | $ 500. | $ 500. |
| [X] Broad Form Property Damage | | | |
| [X] Personal Injury | | | |
| | **Personal Injury** | | $ 500. |
| **AUTOMOBILE LIABILITY** | **Bodily Injury (per person)** | $ | |
| [X] Any Auto | | | |
| [X] All Owned Autos (private passenger) | **Bodily Injury (per accident)** | $ | |
| [X] All Owned Autos (other than private passenger) | | | |
| [X] Hired Autos | **Property Damage** | $ | |
| [X] Non-Owned Autos | | | |
| | **BI & PD Combined** | $ 500. | |
| **EXCESS LIABILITY** | **BI & PD Combined** | $ 1,000. | $ 1,000. |
| [X] Umbrella Form | | | |
| [ ] Other Than Umbrella Form | | | |
| **WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY** | **STATUTORY** | | |
| | $ | | (Each Accident) |
| | $ | | (Disease-Policy Limit) |
| | $ | | (Disease-Each Employee) |

OTHER  Best Buy Co, Inc. and Witcher Construction Co. are named as additional insured
~~and waiver of subrogation applies to operations and activities~~ performed by or
on behalf of the Subcontractor for the Contractor for the Subcontract Agreement.

The policies obtained and maintained to provide the specified insurance must provide that the required coverages and limits cannot be materially changed

or cancelled without at least ___30___ days prior written notice to CONTRACTOR.

Before beginning any work under this subcontract, SUBCONTRACTOR will provide to CONTRACTOR insurance certificate showing compliance with these insurance specifications.

## EXHIBIT "D"

WITCHER CONSTRUCTION CO.
9855 W. 78TH Street, Suite 270
Eden Prairie, MN 55433

### DRAWING/DOCUMENT LOG

**Best Buy Store #813**
Bolingbrook, IL

**Distribution Codes:**

| | | |
|---|---|---|
| 1 Mechanical | 4 Plumbing | 7 Owner |
| 2 Fire Protection | 5 Subs | 8 City |
| 3 Electrical | 6 Field | 9 |

| DWG # | DESCRIPTION | ISSUE DATE | ISSUE BY | REV # | REV DATE | DATE DSTRB'D | DISTRIBUTION | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| S-1 | Cover Sheet | 06/28/02 | RSP | | | | | |
| S-2 | Symbols/Abbreviations | 06/28/02 | RSP | | | | | |
| -1 | Demolition Plan and Elevation | 06/28/02 | RSP | | | | | |
| S-1 | Architecural Site Plan | 06/28/02 | RSP | | | | | |
| 0 | Exit and Egress Plan | 06/28/02 | RSP | | | | | |
| 1 | Floor Plan | 06/28/02 | RSP | | | | | |
| 2 | Enlarged Floor Plan | 06/28/02 | RSP | | | | | |
| 3 | Floor Covering Plan | 06/28/02 | RSP | | | | | |
| 4 | Reflected Ceiling Plan | 06/28/02 | RSP | | | | | |
| 5 | Roof Plan | 06/28/02 | RSP | | | | | |
| 6 | Exterior Elevations | 06/28/02 | RSP | | | | | |
| 7 | Interior Elevations | 06/28/02 | RSP | | | | | |
| 8 | Wall Sections | 06/28/02 | RSP | | | | | |
| 9 | Wall Sections | 06/28/02 | RSP | | | | | |
| 9A | Wall Sections | 06/28/02 | RSP | | | | | |
| 10 | Plans and Elevations at Storefront | 06/28/02 | RSP | | | | | |
| 11 | Details | 06/28/02 | RSP | | | | | |
| 12 | Details | 06/28/02 | RSP | | | | | |
| 13 | Details | 06/28/02 | RSP | | | | | |
| 14 | Not Used | 06/28/02 | RSP | | | | | |
| | Pathway Layout Plan | 06/28/02 | RSP | | | | | |
| | Pathway Details | 06/28/02 | RSP | | | | | |
| | Fixture Plan | 06/28/02 | RSP | | | | | |
| | Enlarged Millwork Plans | 06/28/02 | RSP | | | | | |
| | Best Buy Systems Plan | 06/28/02 | RSP | | | | | |
| | General Structural Notes | 06/28/02 | RSP | | | | | |
| | Foundation Plan | 06/28/02 | RSP | | | | | |
| | Roof Framing Plan | 06/28/02 | RSP | | | | | |
| | Foundation Details | 06/28/02 | RSP | | | | | |
| | Wedge Framing Plan and Details | 06/28/02 | RSP | | | | | |
| | Sections and Details | 06/28/02 | RSP | | | | | |
| | Roof Framing Details | 06/28/02 | RSP | | | | | |
| | Mechanical Roof Plan | 06/28/02 | RSP | | | | | |
| | Plumbing Floor Plan | 06/28/02 | RSP | | | | | |
| | Enlarged Plumbing Plan and Isometrics | 06/28/02 | RSP | | | | | |
| | H.V.A.C. Reflected Ceiling Plan | 06/28/02 | RSP | | | | | |
| | H.V.A.C. Partial Plans and Elevations | 06/28/02 | RSP | | | | | |
| | Plumbing Details | 06/28/02 | RSP | | | | | |
| | H.V.A.C. Details | 06/28/02 | RSP | | | | | |
| | Additional Details | 06/28/02 | RSP | | | | | |
| | Mechanical Tables and Schedules | 06/28/02 | RSP | | | | | |
| | Electrical Lighting Plan | 06/28/02 | RSP | | | | | |
| | Power Plan Proto Circuitry | 06/28/02 | RSP | | | | | |
| | AMP Component Plan | 06/28/02 | RSP | | | | | |
| | Electrical Low Voltage Floor Plan | 06/28/02 | RSP | | | | | |
| | Panelboard Schedules and Risers | 06/28/02 | RSP | | | | | |
| | Electrical Legends and Schedules | 06/28/02 | RSP | | | | | |
| | Electrical Details | 06/28/02 | RSP | | | | | |
| | Electrical Details | 06/28/02 | RSP | | | | | |
| | Electrical Details | 06/28/02 | RSP | | | | | |
| | Electrical Details | 06/28/02 | RSP | | | | | |
| | Electrical Details | 06/28/02 | RSP | | | | | |
| -1 | Energy Management System | 06/28/02 | RSP | | | | | |
| -2 | Energy Management System | 06/28/02 | RSP | | | | | |
| | Site Fire Service Piping Plan | 06/28/02 | RSP | | | | | |
| | Fire Sprinkler Piping Plan | 06/28/02 | RSP | | | | | |
| | Fire Sprinkler Details | 06/28/02 | RSP | | | | | |

Revised:  8/9/2002                    Page 1                    Job No.:  2305\DWG-LOG

**Fire Protection Scope of Work**
**Best Buy – Bolingbrook, IL**

**EXHIBIT "E"**

Daniel Langguth
Cybor Fire Protection Company
5123 Thatcher Road
Downers Grove, IL 60515

07270 – Firestopping – Labor and Material Complete
15010 – General Provisions (As applies to Fire Protection) – Labor and Material
Complete
15050 – Basic Mechanical Materials and Methods (As applies to Fire Protection) – Labor
and Material Complete
15250 – Mechanical Insulation (As applies to Fire Protection) – Labor and Material
Complete
15300 – Fire Protection System – Labor and Material complete to provide a complete
design/build fire protection system complying with all codes and provisions of
governing regulatory agencies, including licensed engineered drawings and
including errors and omissions insurance.

Subcontractor Scope of Work – FIRESTOPPING, GENERAL PROVISIONS, BASIC
MECHANICAL MATERIALS AND METHODS, MECHANICAL INSULATION,
AND FIRE PROTECTION Work including, but not limited to, Specification Sections
07270, 15010, 15050, 15250, and 15300. Work specifically includes, but not limited to:

1. Labor and material to furnish and install the specifications listed above complete.
   Includes all permits, fees, and testing related to fire protection work, including
   flow test verification.
2. Includes required submittals per specification section 01300.
3. Includes fire stopping per specification section 07270, at all fire rated wall
   penetrations and as directed by local inspectors.
4. Cleanup associated with this scope of work to dumpsters supplied by others.
5. ~~Provide submittal for engineering review secure approval and stamp of
   acceptance from owner's insurance carrier~~
6. Locate riser in receiving.

Specifically Excludes:
1. Wiring of alarms
2. Paint of pipes and hangers

**EXHIBIT F**
Best Buy Store #813
Bolingbrook, IL

**DESIGN SERVICES RIDER**

1.    In addition to the work described in the Standard Subcontract Agreement, Subcontractor has agreed to provide to the Contractor the following professional service which the Contractor is required to provide for the Owner under the General Contract:

The subcontractor is providing all design and construction required for a Fire Protection system for the project.  · The Subcontractor will meet all requirements of the Owner as indicated in the Scope of Work issued by the Owner and the plans and specifications prepared by the Architect and Engineers.

The part of the Project for which the Subcontractor is to provide such services is hereinafter called "This Part of the Project."

2.    The Subcontractor's design services for This Part of the Project shall be performed according to this Rider in the same manner and to the same extent that the Contractor is bound by the General Contract to perform such professional services for the Owner.

3.    The Subcontractor's design services shall be performed in manner, sequence and timing so that they will be coordinated with those of the Contractor, the Architect and other consultants, engineers and design professionals for the Project.

4.    The Subcontractor shall recommend to the Contractor that appropriate investigations, surveys, tests, analyses and reports be obtained as necessary for the proper execution of the Subcontractor's services.

5.    The Subcontractor shall provide progress copies of drawings, reports, specifications and other necessary information to the Contractor and other consultants, engineers and design professionals for coordination and review. All aspects of the work designed by the Subcontractor shall be coordinated with the work of the Architect and other consultants, engineers and design professionals and the Subcontractor shall also be familiar with the work designed by the Architect and others as necessary for the proper coordination of This Part of the Project.

6.    The Subcontractor's design services shall be performed as expeditiously as is consistent with professional skill and care and the orderly progress of the Work. Upon request of the Contractor, the Subcontractor shall submit for the Contractor's approval a schedule for the performance of the Subcontractor's design services which shall include allowances for periods of time required for the Owner's, the Contractor's and the Architect's review and for approval of submissions by authorities having jurisdiction over the Project. Time limits established by the schedule and approved by the Contractor shall not be exceeded by the Subcontractor.

7.    The Subcontractor shall review alternative systems with the Contractor, attend necessary conferences, prepare necessary analyses, drawings and other documents, be available for general consultation and make recommendations regarding systems for This Part of the Project. When necessary, the Subcontractor shall consult with public agencies and other organizations concerning utility services and requirements. The Subcontractor shall prepare and submit to the Contractor a preliminary estimate of construction costs of This Part of the Project based on current area, volume or other unit costs, as directed by the Contractor.

8.    When authorized by the Contractor, the Subcontractor shall prepare design development documents. The design development documents shall consist of drawings and other documents to fix and describe This Part of the Project, including materials, equipment, component systems and types of construction as may be appropriate, all of which are to be approved by the Owner and Contractor. The Subcontractor shall advise the Contractor of adjustments to the preliminary estimate of construction cost for This Part of the Project.

Design Services Rider
Page 2

9. When authorized by the Contractor, the Subcontractor shall prepare from the design development documents approved by the Owner and confirmed by the Contractor, drawings and specifications setting forth in detail the requirements for construction of This Part of the Project, all of which are to be approved by Owner and Contractor. The Subcontractor shall prepare the drawings and specifications in such format as the Contractor may reasonably require. The Subcontractor shall advise the Contractor of adjustments to previous preliminary estimates of construction costs for This Part of the Project indicated by changes and requirements or general market conditions. The Subcontractor shall assist the Contractor as necessary in connection with the Owner's responsibility for filing the documents concerning This Part of the Project required for approval of governmental authorities having jurisdiction over the Project. If required by the Contractor, the Subcontractor shall assist the Contractor and Owner in obtaining and evaluating bids or negotiated proposals and assisting in awarding contract for construction.

10. The Subcontractor shall visit the site at intervals appropriate to the stage of construction for This part of the Project, or as otherwise agreed with the Contractor in writing, to become generally familiar with the progress and quality of the work completed for This Part of the Project and to determine in general if the work is being performed in a manner indicating that the Work when completed will be in accordance with the General Contract. The Subcontractor shall also have control over and charge of the construction means, methods, techniques, sequences and procedures and for safety precautions and programs in connection with This Part of the Project. The Subcontractor is providing both the design services and the construction services for This Part of the Project.

11. The work, drawings, specifications and other documents prepared by the Contractor shall become the property of the Owner.

12. The Subcontractor shall obtain insurance covering claims arising out of the performance of the professional services under this Agreement and caused by errors, omissions or negligent acts for which the Subcontractor is legally liable. This insurance shall be maintained in force by the Subcontractor through 2005.

This insurance required by this paragraph shall be in an amount not less than $1,000,000.00. The Subcontractor shall furnish to the Contractor certificates of insurance evidencing the insurance required by this paragraph including appropriate evidence that each type of insurance includes appropriate coverage for the specific Project. Certificates shall contain provisions that at least thirty days prior written notice will be given to the Contractor in the event of cancellation, reduction in or nonrenewal of the insurance.

13. The compensation paid to the Subcontractor under the Subcontract includes compensation due to the Subcontractor for the design services provided pursuant to this Rider.

14. It is the responsibility of the Subcontractor to make certain that the drawings, specifications and other documents furnished by the Subcontractor are in accordance with applicable laws, statutes, building codes and regulations in effect as of the date that the documents are furnished by the Subcontractor. Professional services shall be performed in accordance with all applicable standards and practices of the design profession and shall be performed by qualified architects, engineers and other professionals duly licensed in Illinois.

Contractor:                                          Subcontractor:

WITCHER CONSTRUCTION CO.            _____

By:_____            By:_____
    Its_____                Its_____