**08 C 1245**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

# EXHIBIT C

# COMMERCIAL LIABILITY DECLARATIONS

**united national group**

☐ UNITED NATIONAL SPECIALTY INS. CO.
☒ UNITED NATIONAL INSURANCE COMPANY
Three Bala Plaza, East Suite 300
Bala Cynwyd, PA 19004

L7147891
Renewal of Number

**Policy Number**
L7156303

**Item 1. Named Insured and Mailing Address:**

GLOBAL FIRE PROTECTION CO.
5121 THATCHER ROAD
DOWNERS GROVE IL 60515

**Agent Name and Address:**

ALL RISKS, LTD.
1920 GREENSPRING DR. SUITE 200
TIMONIUM, MD 21093

Agent No: 6520

**Item 2. Policy Period**   From: 05/28/02   To: 05/28/03

at 12:01 A.M. Standard Time at the address of the Named Insured as stated herein.

**Item 3.** Business Description: FIRE SUPP OPS

**Item 4.** In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Form No. and Edition Date | Premium |
|---|---|---|
| Commercial General Liability Coverage Part | CG0001 (10/93) | $ 63045.00 |
| Professional Liability Coverage Part | ARF1865(1/97) | $ INCLUDED |
| BLANKET WAIVER OF SUBROGATION COVERAGE | ARF5532 | $ 1000.00 |
| BLANKET PRIMARY WORDING COVERAGE | ARF1048 | $ 1000.00 |
| BLANKET ADDITIONAL INSURED COVERAGE | ARF5536 | $ 500.00 |
| EMPLOYEE BENEFITS LIABILITY COVERAGE | ARF5092 | $ 1000.00 |
|  |  | $ |
|  | surplus lines tax $1,996. Total | $ 66545.00 |
|  | stamping fee $ 200. |  |
|  | policy fee $ 200. |  |

Total Premium is subject to "Minimum and Deposit"

**Item 5. Forms and endorsements applicable to all Coverage Parts:**    SHOW NUMBERS
ARF1496(3/96);CG0001(10/93);ARF1563;ARF2623(11/98);CG2404(10/93);
EAA-148(11/2001);EPA-100(7/98);SL-43(11/96);ARF1474(12/95);ARF1558;
ARF1562;ARF1566;ARF1606(3/96);ARF1865(1/97);ARF3083(11/93);
ARF3344(2/95);ARF3345(3/96);ARF3346(3/96);ARF3347(3/96);ARF3507(5/95);
ARF5176(10/97);BJP 190-X(5/95);CG2503(11/85);EAA-148(12/2001);
EAA-147(12/2001);EPA-353(2/2001);IL0021(11/85);SL-63(3/98);U055(6/98);

ALL RISKS, LTD.
(Authorized Representative)

COUNTERSIGNED _____06/10/02_____
(Date)

**EXHIBIT C**

This Commercial Liability Declarations and coverage forms(s) together with the common policy conditions, above numbered policy.

ARF1495(3/96)

ENDORSEMENT NO. 1

| ATTACHED TO AND FORMING A PART OF POLICY NUMBER | ENDORSEMENT EFFECTIVE (STANDARD TIME) DATE 12:01 A.M. / NOON | INSURED | AGENCY AND CODE |
|---|---|---|---|
| L7156303 | 05/28/02  A.M. X | GLOBAL FIRE PROTECTION CO. | All Risks, Ltd. |

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING PRIMARY WORDING WILL BE PROVIDED:

THE INSURANCE AFFORDED IS PRIMARY & NON-CONTRIBUTORY INSURANCE. IF THE INSURANCE AFFORDED IS APPLICABLE TO A LOSS ON AN EXCESS, CONTINGENT, OR PRIMARY BASIS, THE AMOUNT OF THE COMPANY'S LIABILITY UNDER THIS POLICY SHALL NOT BE REDUCED BY THE EXISTENCE OF OTHER INSURANCE.

Company  UNITED NATIONAL INSURANCE COMPANY

_____  All Risks, Ltd.
AUTHORIZED REPRESENTATIVE

DATE  06/10/02        KENSOR

ARF1048