**08 C 1245**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

# EXHIBIT D

# ACORD&trade; CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
8/29/02

**PRODUCER**
708.633.8100
G A Crandall & Company, Inc
6851 West 167th Street
Tinley Park, Illinois 60477

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | United National Insurance Co |
| COMPANY B | FCCI Insurance Company |
| COMPANY C | Scottsdale Insurance Company |
| COMPANY D | APSpecialty/Ins Corp of America |

RECEIVED

**INSURED**
Cybor Fire Protection Company
5123 Thatcher Road
Downers Grove, Illinois 60515

Witcher Construction

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY  [X] COMMERCIAL GENERAL LIABILITY  [ ] CLAIMS MADE [X] OCCUR  [ ] OWNER'S & CONTRACTOR'S PROT  [X] Per Proj  Agg Incl | L7156303 | 5/28/02 | 5/28/03 | GENERAL AGGREGATE  PRODUCTS - COMP/OP AGG  PERSONAL & ADV INJURY  EACH OCCURRENCE  FIRE DAMAGE (Any one fire)  MED EXP (Any one person) | $ 2,000,00  $ 2,000,00  $ 1,000,00  $ 1,000,00  $ 100,00  $ 5,00 |
| B | AUTOMOBILE LIABILITY  [X] ANY AUTO  [ ] ALL OWNED AUTOS  [ ] SCHEDULED AUTOS  [ ] HIRED AUTOS  [ ] NON-OWNED AUTOS | 800065409500 | 5/28/02 | 5/28/03 | COMBINED SINGLE LIMIT  BODILY INJURY (Per person)  BODILY INJURY (Per accident)  PROPERTY DAMAGE | $ 1,000,00  $  $  $ |
| | GARAGE LIABILITY  [ ] ANY AUTO | Not Applicable | | | AUTO ONLY - EA ACCIDENT  OTHER THAN AUTO ONLY:  EACH ACCIDENT  AGGREGATE | $  $  $ |
| C | EXCESS LIABILITY  [X] UMBRELLA FORM  [ ] OTHER THAN UMBRELLA FORM | UMS0011318 | 5/28/02 | 5/28/03 | EACH OCCURRENCE  AGGREGATE | $ 10,000,00  $ 10,000,00  $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [ ] EXCL | 210000367 3IL  210000367 4IN | 5/28/02 | 5/28/03 | [X] WC STATU-TORY LIMITS  [ ] OTHER  EL EACH ACCIDENT  EL DISEASE - POLICY LIMIT  EL DISEASE - EA EMPLOYEE | $ 500,00  $ 500,00  $ 500,00 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
JOB: BEST BUY STORE #813, 317 N. NAPERVILLE RD. BOLINGBROOK, IL. 60490
SEE ATTACHED FOR ADDITIONAL INSUREDS STATUS PERTAINING TO GENERAL LIABILITY ONLY.

EXHIBIT D

**CERTIFICATE HOLDER**

WITCHER CONSTRUCTION CO.
P.O. BOX 581549
MINNEAPOLIS, MN. 55458-1549

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
*Gerald A. Crandall*

8

Revised: April 12, 2002

Date: August 29, 2002

## Certificate Of Insurance Attachment

Insured:          Cybor Fire Protection Company
                  5123 Thatcher Road
                  Downers Grove, Illinois  60515

Insuror:          United National Insurance Company
Policy No:        L7156303

Job:              BEST BUY STORE #813
                  317 N. NAPERVILLE ROAD
                  BOLINGBROOK, IL.  60490

Additional Insured:   BEST BUY CO., INC.
                      WITCHER CONSTRUCTION CO.

General Liability endorsement ARF1048 provides additional insured coverage for those required by written contract or agreement.

Additional insured pertaining to general liability solely with respects to liability arising out of the named insured's operations.

Ten days notice of cancellation for non payment of premium.

By: _____
    Authorized Representative
    G.A. Crandall & Co., Inc.

9

Revised: April 12, 2002