YM

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1245**

In the Matter of                                      Case Number:

Witcher Construction Company, et al

v.

United National Insurance Co.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Witcher Construction Company and West Bend Mutual Insurance Company

| | |
|---|---|
| NAME (Type or print) Richard T. Valentino, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Richard T. Valentino | |
| FIRM SmithAmundsen LLC | |
| STREET ADDRESS 150 North Michigan Ave., Suite 3300 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6188317 | TELEPHONE NUMBER 312-894-3200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐   NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT