# Affidavit of Process Server

08C1245

| Witcher Construction Co, et al | v. United National Insurance Co. | |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Andrew Raphael__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __United National Insurance Co.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

Two Copies ☒ Summons, Complaint for declaratory judgment and other relief, Service of Suit Clause, Illinois, Exhibits & Check $200

by serving (NAME) __Sybley Thomas, Dept. of Insurance__

at ☐ Home _____
☒ Business __100 W. Randolph St Suite 9-300 Chicago IL__
☒ on (DATE) __3/4/08__ at (TIME) __1:54pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Sybley Thomas__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading                            ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____
                                                    DATE TIME         DATE TIME         DATE TIME
( )_____, ( )_____, ( )_____
  DATE TIME     DATE TIME     DATE TIME

**Description:**
☐ Male        ☐ White Skin   ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female      ☒ Black Skin   ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
              ☐ Yellow Skin  ☐ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"     ☐ 131-160 Lbs.
              ☐ Brown Skin   ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"     ☒ 161-200 Lbs.
☒ Glasses     ☐ Red Skin     ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __4th__ day of __March__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2010

SERVED BY
LASALLE PROCESS SERVERS

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1245**

SUMMONS IN A CIVIL CASE

WITCHER CONSTRUCTION COMPANY, a Minnesota corporation, and WEST BEND INSURANCE CO., a Wisconsin corporation

V.

UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania corporation,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

United National Insurance Co.
c/o Michael T. McRaith, Director
Division of Insurance, Department of Financial and Professional Regulation
100 West Randolph Street, Suite 9-300
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard T. Valentino, Esq,
SmithAmundsen LLC
150 N Michigan Ave.
Suite 3300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Yvette Montonez_
(By) DEPUTY CLERK

March 3, 2008
Date