U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 08 C 1245

Witcher Construction Company, et al.
v.
United National Insurance Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United National Insurance Company

| NAME (Type or print) |
| --- |
| James K. Horstman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James K. Horstman |
| FIRM |
| Cray Huber Horstman Heil & VanAusdal LLC |
| STREET ADDRESS |
| 303 West Madison, Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3127202 | 312-332-8450 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 8, 2008**, I electronically filed the attached **Appearance of James K. Horstman** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

By: s/James K. Horstman
James K. Horstman
