# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 1245

Witcher Construction Company, et al.
v.
United National Insurance Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United National Insurance Company

| |
|---|
| NAME (Type or print)<br>Mark A. Hooper |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark A. Hooper |
| FIRM<br>Cray Huber Horstman Heil & VanAusdal LLC |
| STREET ADDRESS<br>303 West Madison, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287773 | TELEPHONE NUMBER<br>312-332-8495 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

      I hereby certify that on **April 8, 2008**, I electronically filed the attached **Appearance of Mark A. Hooper** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

                                      By:  s/Mark A. Hooper
                                              Mark A. Hooper