3002604-RTV

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WITCHER CONSTRUCTION
COMPANY, a Minnesota corporation, and
WEST BEND MUTUAL INSURANCE
COMPANY, a Wisconsin corporation,
         Plaintiffs,

v.

UNITED NATIONAL INSURANCE
COMPANY, a Pennsylvania corporation,
         Defendant.

No:  08 C 1245

Judge Bucklo

Magistrate Judge Cole

**Report of Parties Planning Meeting**

1.    **Meeting.**    Pursuant to FED. R. CIV. P. 26(f), a meeting was held telephonically on April 22, 2008 and was attended by:

**Attorney for Plaintiffs:**

Richard T. Valentino, Esq.
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601

**Attorneys for Defendant, United**
**National Insurance Co.:**

Mark A. Hooper, Esq.
Cray Huber Horstman Heil & VanAusdal
LLC
303 West Madison Street, Suite 2200
Chicago, IL 60606

2.    **Pre-trial Schedule.**   The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects:

        (1)    Written and oral fact discovery regarding the Witcher/Cybor contract may be required.   This may include the depositions of the most knowledgeable agents of Witcher and Cybor.

Depositions of one or more of United National's employees may be required, with respect to the "disclaimer of coverage" letters which United National issued to Witcher and Cybor in March, 2003, and matters addressed therein.

b.      Disclosures pursuant to FED. R. CIV. 26(a)(1) to be made by May 23, 2008.  All discovery to be commenced in time to be completed by December 31, 2008.

c.      The parties expect they will need approximately 4 – 6 depositions.

d.      At present, the parties do not anticipate the need for expert discovery.

e.      All potentially dispositive motions shall be filed by March 1, 2009.

f.      Final pretrial order:  Reserved – as set by the court.

g.      Trial date is reserved, to be set by the Court.  Trial will be without jury and is expected to last between 3 – 5 days.

3.    **Settlement.**    The parties have discussed settlement but do not believe the case can be settled at this time.

4.    **Consent:**      Parties do not consent unanimously to proceed before a Magistrate Judge at this time.

Respectfully submitted,

WITCHER CONSTRUCTION              UNITED NATIONAL INSURANCE
COMPANY and WEST BEND MUTUAL     COMPANY, a Pennsylvania corporation
INSURANCE CO.

By: s/Richard T. Valentino                   By:  s/Mark A. Hooper
      One of Its Attorneys                          One of Its Attorneys

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2008  I electronically filed the Joint Initial Status Report with the Clerk of the Court using the CM/EMF system which will send notification of such filing(s) to the following:  James K. Horstman and Mark A. Hooper.

Respectfully submitted,

s/Richard T. Valentino
SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
FAX:   (312) 894-3210
E-Mail: rvalentino@salawus.com
ARDC #6188317