UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Witcher Construction Company, et al.

                                          Plaintiff,

v.                                                           Case No.: 1:08−cv−01245

                                                                Honorable Elaine E. Bucklo

United National Insurance Company

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 25, 2008:

     MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 4/25/2008 and the court approved parties' scheduling order. Status hearing set for 8/13/2008 at 09:30 AM. Discovery ordered closed by 12/31/2008. Dispositive motions with supporting memoranda due by 3/2/2009.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.